SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 2:11-mj- 74-JHR |
| v. ) | 18 U.S.C. §§ 2261A(2)(A) & 2261(b)(5) |
| SHAWN SAYER ) | |

## COMPLAINT

I, Matthew Fasulo, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

In about August 2009, the exact date being unknown, until about November 2009, in the District of Maine and elsewhere, Defendant,

### SHAWN SAYER

with the intent to injure, to harass, to place under surveillance with intent to injure, harass and intimidate, and to cause substantial emotional distress to a person in another state, namely, M.B. in Louisiana, used facilities of interstate or foreign commerce, including electronic mail and Internet websites, to engage in a course of conduct that caused substantial emotional distress to M.B. and placed M.B. in reasonable fear of death or serious bodily injury.

In violation of Title 18, United States Code, Sections 2261A(2)(A) and 2261(b)(5).

I am a Special Agent with the United States Secret Service. This Complaint is based on those facts which are set forth in my affidavit of even date which is attached hereto and incorporated by reference.

Matthew Fasulo
Special Agent
United States Secret Service

Sworn to before me, and subscribed in my presence this ____ day of May, 2011.

United States District Judge
Magistrate

1

## AFFIDAVIT OF MATTHEW FASULO

I, Matthew Fasulo, having been duly sworn, depose and state:

1. I am a Special Agent with the United States Secret Service (USSS), Portland Resident Agency, and have been so employed since March of 1998. I trained for seven (7) months in the investigation of a variety of financial crimes including bank fraud, access device fraud, as well as other fraud schemes. Since April 1999, I received training in conducting digital forensic examinations and digital investigations involving computers. I continue to receive training in digital investigations and examination to stay abreast of developments in methodology of forensic tools and criminal activities. I make this Affidavit in support of the issuance of a criminal complaint charging Shawn Sayer with the offenses of stalking in violation of Title 18, United States Code, Section 2261A(2)(A).

2. The following information is known to me personally or was reported to me by other USSS agents and law enforcement officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3. On about March 15, 2011, I was assigned to assist the Maine Computer Crimes Unit of the Maine State Police (MSPCCU) in Vassalboro, Maine with the cyberstalking investigation of Shawn Sayer.

4. As part of this assignment, I learned from Detective Laurie Northrup of the MSPCCU that on or about September 4, 2009, the MSPCCU received a referral from the Maine Attorney General's Office regarding a written complaint by M.B., a South Portland, Maine woman who reported that she was forced to move away from Maine due to the stalking and

harassing behavior of her ex-boyfriend, Shawn Sayer. According to M.B., she and Sayer dated for a period of just shy of four years, until January 2006. M.B. reported being stalked and harassed by Sayer ever since.

5. Court records indicate that Sayer was convicted of stalking this victim in June of 2006 in the Maine Superior Court in Alfred, Maine. Post-conviction, M.B. obtained a protection from abuse order against Sayer on December 1, 2006 in the Maine District Court in Biddeford, Maine. Sayer was later convicted of violating this protection order in February of 2008 when he initiated contact with M.B. The protection from abuse order was later renewed on January 16, 2009 and April 8, 2011 in the same court, prohibiting direct or indirect contact with M.B. The order is in effect until April 4, 2013.

6. Based on my review of documents related to the ongoing criminal investigation of Sayer and my discussions with members of the MSPCCU, I have learned the following about the stalking and harassing behavior of Sayer against this victim. In October of 2008, a male stranger arrived at M.B.'s residence in South Portland, Maine, and claimed that he met her on the internet and that he had come over for a sexual encounter. Several more male strangers came to M.B.'s residence seeking sexual encounters in the following days. One visit in particular resulted in a physical altercation between M.B. and one of the men, which required her to leave her home for the night. That same month, M.B. discovered an advertisement on the website known as *craigslist* under the section entitled "Casual Encounters." The advertisement contained photos of M.B. taken by Sayer before they broke up, step by step directions to her residence, and a list of sexual things that she would do when interested individuals arrived. M.B. reported to law enforcement authorities that Sayer was the only person who had access to the photos displayed in

the advertisement. M.B. also reported that she was terrified by these events, feared for her safety, and feared she would be raped.

7. As a result of this harassment, M.B. legally changed her name in May of 2009 and moved to Louisiana where her family lived for approximately seven months. On August 25, 2009, a male stranger showed up at her residence in Louisiana and used her new name. As before in Maine, the man claimed that he had met her on the internet and had come to her house for a sexual encounter.

8. After reading her written complaint sent to the Maine Attorney General's Office, Detective Northrup contacted M.B. in Louisiana via telephone on September 4, 2009 and learned that male strangers continued to come to her home in Louisiana saying that they had seen her on an adult website. M.B. reported to Detective Northrup that she recently used the internet search engine *Google* to search for information associated with her new name. M.B. reported that she discovered video clips that had been consensually recorded depicting sexual acts she had performed with Sayer which had been placed on several adult pornography websites. These websites used both her new and former names and provided her new address in Louisiana. M.B. reported that Sayer was the only person with a copy of the private sexual recordings.

9. Using the information M.B. provided about the adult websites on which her name and sexual images were posted, Detective Northrup confirmed that *Homespyvideo.com, Slutload.com*, and *Hardsextube.com* all contained postings of a number of sexually explicit videos of M.B.

10. On September 17, 2009, M.B. contacted Detective Northrup from Louisiana to report that she located a *Facebook* account opened under her new name which contained a picture of her. M.B. denied creating the account. Detective Northrup obtained records from

3

*Facebook*, a social networking website, including the subscriber information on the account and IP address[1] connection logs for the account (to determine which computer was connected at the time the account was accessed). The *Facebook* records reveal that someone using the IP address 24.25.184.144 (hereinafter "the IP address") logged onto that *Facebook* account on August 21, 2009 at 17:49:32 PST and on September 26, 2009 at 14:37:45 PST.

11. Using *Maxmind.com*[2], Detective Northrup learned that the IP address was assigned to Time Warner Cable and that the subscriber was located in the Biddeford, Maine area. Subscriber information obtained from Time Warner Cable revealed that Richard Cook, of Marion Avenue in Biddeford, Maine, was assigned the IP address on August 21, 2009 at 17:49:32 PST and on September 26, 2009 at 14:37:45 PST.

12. Records from the Town of Biddeford show that the home located across the street from Richard Cook's Marion Avenue home is owned by Maurice Sayer, who is Shawn Sayer's father. With the help of the Biddeford Police Department, the MSPCCU determined that in August and September of 2009, Shawn Sayer lived at the home owned by his father on Marion Avenue, where his father also resides seasonally.

13. On October 29, 2009, Detective Northrup traveled to Biddeford with Sergeant Glenn Lang, of the MSPCCU, to determine whether the Cook residence had an unsecure wireless internet connection. Sergeant Lang and Detective Northrup parked in an unmarked car in front of

---

[1] An internet protocol (IP) address is a numeric code used to identify uniquely each computer or wireless router connected to the Internet at a particular time, and which typically remains assigned to that computer or router for the duration of the internet connection. No two connections will have the same IP address at the same time. IP addresses are assigned in blocks to Internet service providers, who in turn assign the IP addresses to their customers. Internet service providers typically keep records of what subscriber was assigned to what IP address at what time.

[2] Maxmind.com is an online resource that allows users to enter an IP address and obtain information about the Internet service provider the IP address is assigned to, as well as the general geographic area of the individual subscriber assigned to the IP address. Maxmind.com is known by law enforcement to be reliable.

the Cook residence and turned on a laptop computer. While parked in this location, they were able to determine that there were several unsecure wireless networks in the area, including one being provided by the Cook residence. It did not appear that anyone was home at Shawn Sayer's residence, so they backed their vehicle into his driveway to turn around. While in Sayer's driveway, four unsecure wireless signals became available. Research by Detective Northrup into the Cooks internet cable service provider revealed that they have utilized the same Time Warner Cable internet service for three years, using a wireless connection the entire time. Records received by Time Warner Cable confirm that the Cooks have been subscribers of their internet service at the Marion Avenue residence since December 29, 2008. Accordingly, the officers determined that someone could have accessed the internet from in or around Sayer's residence using the Cook's unsecure wireless signal on both August 21, 2009 and September 26, 2009.

    14.    On November 5, 2009, members of the MSPCCU executed a state search warrant at Sayer's residence. Upon arrival, Detective Northrup observed a green 1999 Ford Ranger pickup truck parked in the driveway, which is registered to Sayer in the Maine Bureau of Motor Vehicles (MBMV). According to MBMV records, Sayer's green truck bears the Maine license plate 896AKJ. When questioned during the search warrant execution, Sayer denied that he had created profiles or posted any videos of his ex-girlfriend (M.B.) online. During the execution of the search warrant, a Nikon Digital SLR camera was found on a bed in the basement, with a USB cable connected to it. In addition, two desktop computers and an empty case for a laptop computer were located. The hard drives of both of the desktop computers had been removed. Sayer's home contained dozens of old computer components, but no hard drives. When asked about the missing laptop and hard drives, Sayer said that he had spilled some water on the laptop's keyboard and had discarded the computer. He also said that he felt that the hard drives in

his desktop computers had been hacked into and that they would not function, so he also disposed of them.

15. M.B. moved back to Maine in November of 2009, after which she continued to locate additional profiles associated with her name on social networking websites. Additionally, strange men continued to appear at her residence seeking sexual encounters believing they had corresponded with her via the internet.

16. On July 1, 2010, a search warrant issued for Sayer's residence by the Maine District Court in Biddeford, Maine was executed by the MSPCCU. A number of items, including one Gateway desktop and one Acer laptop, were seized.

17. On July 6, 2010, a preliminary forensic examination of the Acer laptop computer seized from the Sayer residence was conducted at the MSPCCU. The examination located, in part, a large number of *Yahoo!* profiles which had been created on the laptop, including, but not limited to mainegrl30@yahoo.com. Additionally, the following *Yahoo!* email accounts were located on Sayer's laptop and are associated with M.B.; and only two such profiles are actual email addresses belonging to M.B.:

| | | | |
|---|---|---|---|
| airborndaddy34 | anewbegining06 | anon_ymous11 | bi_grl4fun29 |
| butterfly_kiss1980 | cajun_luv29 | cajungal80 | cdluv40 |
| fuciafuzz | ggirlie29 | h.wrecker30 | jamitwidyou |
| jodie.cloutier | l**.m******* | l**_m*******1980 | |
| l**_m*******29 | l**_m*******80 | liv_stargazer | liv2flifish |
| luvmarriedmen29 | m_b******80 | mainegrl30 | |
| m****.m******3 | m****27 | m****b69 | m****b80 |
| m****b******@rocketmail.com | | m****b*****29 | |
| mbbutterflywings | mbstarrynight | midnight_retreat | |
| ms.m*******@rocketmail.com | | nastygrl84 | nola_sweetie |
| shawn_sayer | slidell27f | slidellgrl | slidellslut80 |
| sluthot@ymail.com | southngal80 | southrn_girl31 | southrngirl2 |
| southrngirl29 | starrygirl29 | suthrnbell29 | suthrngal79 |
| gazgul2002 | blueheartdevil | danielclifford35 | |

It is my belief, based on the investigation, that Shawn Sayer was using these *Yahoo!* email accounts to communicate with others, while purporting to be M.B. Specifically, the examination revealed a list of profiles created between April 2009 and November 2009 on Sayer's laptop, 21 of which either contain part or/all of M.B.'s name in the title and/or images of her added to each profile.

18. The examination also located a folder named "*Zoig* website information" on Sayer's computer which contained information suggesting the website www.zoig.com was accessed on August 23, 2009 with the username "Dannyc" as follows:

(http://www.zoig.com/login?username=Dannyc&password=butterfly).

Using a lab computer, members of the MSPCCU accessed this internet site, where individuals can upload videos, images and chat with other users. The MSPCCU located the user "Dannyc" on the *Zoig* website which is listed as being a member since August 23, 2009. Listed in "Dannyc's amateur photos" are images of M.B. where she is either nude or partially nude, and/or performing sexual acts. The same individual images were also located on the Acer laptop computer.

19. Also located on the Acer laptop was a folder named "videos" which contained several pornographic videos involving M.B. Of these videos, two have been altered to include a slide at the beginning of the video with text listing M.B.'s Louisiana address. According to information on Sayer's computer, the MSPCCU determined these slides were added to the videos using the software program Microsoft Windows Movie Maker (MSWMM). The "videos" folder contains the original videos, MSWMM files[3] and the completed, altered video. By using the same Movie Maker software, the forensic examiner was able to open the MSWMM files and see

the slide and text which were added to these videos and the text that was typed to make the slide. By then running a search on the internet using the search engine *Google*, both of these videos were located on the adult porn site www.hardsextube.com. The username attached to this site is "dannyc." Both of these videos were uploaded to the website in August 2009.

20. The forensic examination also revealed information to suggest the laptop was used to log into a *Myspace* account on October 22, 2009 with the username "m****69@yahoo.com." Also included in this documentation is a display name and location as follows:

> DisplayName=L** M**** M******* (M.B.)
> Location=*******, Louisiana, US
> <DictObject name="LastLoggedUser">
> <String string="m****b69@yahoo.com">

On the same date, a *Yahoo!* profile for "m****69" was created using the same Acer laptop.

21. On the Acer laptop, the examiner also located a *Yahoo!* instant message chat with "Danielclifford35" dated September 14, 2009. At the time of the chat, the user of the Acer laptop was logged in as "midnight_retreat." The MSPCCU investigation revealed that Daniel Clifford is a known friend of M.B. who was not residing in the United States in the fall of 2009.

22. Finally, the examination also revealed a second *Yahoo!* instant message chat with "Grubbery" found on the Acer laptop dated September 21, 2009, where the computer user was again "midnight_retreat." During this chat, the user "midnight_retreat" directed "grubbery" to a video which contains M.B.'s name. Using a lab computer, the forensic analyst at the MSPCCU went to the website *www.slutload.com* and confirmed that the video does contain footage of M.B.

---

3 An MSWMM file contains information about the arrangement and timing of clips, titles, transition, and effects that are on the storyboard/timeline while a video is being edited.

23. On March 11, 2011, Detective Northrup spoke with M.S., the cousin of M.B. She advised that M.B. stayed with her and her mother, C.K., in Louisiana, from approximately the beginning of July 2009 until approximately the beginning of November 2009. M.S. advised it was quiet for approximately the first two months M.B. was there, but that soon after strange men, unknown to any of the women, started stopping by the house at all hours looking for sexual favors. The men they actually talked to advised that they had contact with M.B. via the computer and had chatted about coming over. Each time it was made clear to these men that it was not M.B. they were chatting with, that it was an imposter and that they had been fooled. On one occasion while M.B. lived in Louisiana, one of the men was actually waiting for M.B. when she and M.S. came home, sitting in their backyard. His story was the same - that he was there to meet M.B. He was asked to leave. M.S. advised that one or two men still stopped by the residence after M.B. left in November 2009. These events were terrifying to M.B., M.S. and C.K. They all feared for their safety.

24. On the same date, Detective Northrup spoke with C.K., M.B.'s aunt, who corroborated what M.S. said about their experiences with M.B. in Louisiana from July 2009 to November 2009.

## CONCLUSION

25. Based on the aforementioned related facts, I respectfully submit that probable cause exists to believe that from about August 2009 to about November 2009, Shawn Sayer used the facilities of interstate commerce, specifically, the internet, to commit stalking in violation of Title 18, United States Code, Section 2261A(2)(A). Specifically, I respectfully submit that probable cause exists to believe that between August 2009, the exact date being unknown, until about November 2009, Shawn Sayer, with the intent to injure, harass, to place under surveillance

9

with intent to harass and intimidate, and to cause substantial emotional distress to a person living in another state, namely, M.B. in Louisiana, used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused substantial emotional distress to M.B. and placed M.B. in reasonable fear of death or serious bodily injury, in violation of Title 18, United States Code, Section 2261A(2)(A). Accordingly, I respectfully request that this Honorable Court issue a criminal complaint charging Shawn Sayer with this offense.

I hereby swear under oath that the information set forth in this Affidavit is true and correct to the best of my knowledge, information, and believe, and that I make this oath under pains and penalties of perjury.

Dated at Portland, Maine this 11 day of May, 2011.

Matthew Fasulo
Special Agent
United States Secret Service

Sworn to and subscribed before me on this 11 day of May, 2011.

John H. Rich III
United States Magistrate Judge
District of Maine