# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>) CRIMINAL NO. 2:11-CR-113-DBH<br>SHAWN SAYER, )<br>)<br>DEFENDANT ) | |

## ORDER ON MOTION TO COMPEL PRODUCTION OF DISCOVERY

The defendant's motion to compel discovery from his own lawyer is **DENIED**. There is no § 2255 petition pending and no basis in the Federal Rules of Criminal Procedure for such a motion in a criminal case (if the case can even be treated as still open following the unsuccessful appeal).

SO ORDERED.

DATED THIS 25TH DAY OF JUNE, 2014

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**