# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | Criminal No. 2:11-cr-113-DBH |
|  | ) |  |
| SHAWN SAYER, | ) |  |
|  | ) |  |
| Defendant | ) |  |

## PROCEDURAL ORDER

It appears from the latest in the series of filings by the pro se defendant and the government that they will be unable to reach agreement on the defendant's Motion to Return Non-Evidentiary Property (ECF No. 164). It also appears that the dispute is now narrowed to the hard drives of two computers. Since I must make a ruling on the motion without agreement, I need a statement from the government as to what it has returned, what it proposes to return, what it proposes not to return (or to alter or delete on the hard drives), and why. The government shall provide such a statement by February 12, 2015.

So Ordered.

Dated this 5th day of February, 2015

/s/D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**